— Amended Complaint —

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



Danielle Medbury
Christopher Zike
William Snyder
Aleck Kierpiec

Plaintiff(s),

v.

Amor Bell

Defendant(s).

**COMPLAINT**
(Pro Se Prisoner)

Case No. 9:24-cv-01144
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☑ Yes
☐ No

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
NOV 2 5 2024
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I.    **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

II.   PLAINTIFF(S) INFORMATION

Name: _Amar Bell_

Prisoner ID #: _14A0849_

Place of detention: _Marcy C.F_

Address: _Box3600,_

_Marcy, NewYork 13403_

Indicate your confinement status when the alleged wrongdoing occurred:

☐ Pretrial detainee

☐ Civilly committed detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

_____

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

III.   DEFENDANT(S) INFORMATION

Defendant No. 1: _Medbury Danielle_
Name (Last, First)

_Deputy First Superintindent_
Job Title

_Marcy C.F, Box 3600, Marcy_
Work Address

_Marcy_          _NewYork_       _13403_
City                     State            Zip Code

Defendant No. 2: _Zike Christopher_
Name (Last, First)

_Captain_
Job Title

2

Marcy C.F., Box 3600
Work Address

Marcy        NewYork        13403
City              State                Zip Code

Defendant No. 3:    Snyder William
Name (Last, First)

Deputy Supt. for Security
Job Title

Marcy C.F., Box 3600
Work Address

Marcy        NewYork        13403
City              State                Zip Code

Defendant No. 4:    Kierpiec Aleck
Name (Last, First)

Captain
Job Title

Marcy C.F., Box 3600
Work Address

Marcy        NewYork        13403
City              State                Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

IV.    STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

• How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

On 3/13/28 at Marcy C.F. - RMHU, I've been subjected to degrading, dehumanizing, sadistic, unlawful behavior and treatment by approving authority DSS Snyder, DSMH Medbury, Captain Kierpiec, Ct. Zike by placing me in a restraint in the form of bondage that subjects me to be in full restraints (leg shackles, hand-cuffed to a desk with a metal bar in between the handcuffs) for fours hrs per day Monday thru Friday while in a group setting that constricts blood circulation throughout my physical body, causing muscle spasm, panic attacks, and anxiety attacks for the purpose to humiliate for allege lewd conduct and all the State actors deprived me the right to a disciplinary proceeding to challenge the accusations being brought against me

## V.    STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

## FIRST CLAIM

Denial of due process in a disciplinary proceeding which I was not afforded to challenge these accusations by DSS Snyder, DSM H Medbury, Captain Klerpiel, Lt. zike

## SECOND CLAIM

Unconstitutional conditions of confinement by authorizing the unlawful approval to place me in leg shackles handcuffed to a desk with a metal bar in between atypical and significant hardship by DSS Snyder, DSM H Medbury, Captain Klerpiel, Lt. zike

## THIRD CLAIM

Cruel and unusual punishment by subjecting me to an unlawful form of restraints that handcuffs me to a desk with a metal bar in between the handcuffs (constricting blood circulation, muscle spasms (painful), panic attacks for four hrs five days a week by DSS Snyder, DSMH Medbury, Captain Klerpiel, Lt zike

**VI.  RELIEF REQUESTED**
State briefly what relief you are seeking in this case.

~~monetary~~ monetary relief of $3,000,000ᵃ and injunctive relief to prevent this further treatment

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/18/24

_Amon Bell_

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## Northern District of New York

| | |
|---|---|
| Amar Bell | ) |
| _____ | ) |
| Plaintiff | ) |
| | ) |
| Danielle medbury, christopher zifp, | ) Civil Action No. 9:24-cv-01144 |
| Aleck Kiecolec, william snyder | ) |
| _____ | ) |
| Defendant | ) |

## SUMMONS IN A PRO SE CIVIL ACTION

To: *(Defendant's name and address)*

Marcy C.F. , Boy 3600
marcy, newyork 13403

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Lawrence K. Baerman
_____
*Clerk of Court*

Date: _____          _____
                                *Signature of Deputy Clerk*

JS 44 (Rev. 07/16)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Amar Bell

**DEFENDANTS** william Snyder, Aleckkier(biec) Danielle medbury, christopher zike

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

n/a / pro se

Attorneys *(If Known)*

n/a

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff, and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | **LABOR** | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 use 1983 civil Rights
Brief description of cause:
denal of due process, unconstitutional conditions of confinement

**VII. REQUESTED IN COMPLAINT:**
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions)*:
JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**MARCY CORRECTIONAL FACILITY**
BOX 3600
MARCY, N.Y. 13403-3600

NAME: AmarBell    DIN: 14A0849

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

9589 0710 5270 0958 1705 57

U.S. DISTRICT COURT
JOHN M. DOMURAD CLERK

NOV 2 5 2024

RECEIVED

13261-736767

LEGAL MAIL

SYRACUSE NY 130
22 NOV 2024 PM 3 L

NEOPOST
11/22/2024
US POSTAGE $009.920

USDC, Northern Distict of
New York
Federal Bldg and Courthouse
P.O. Box 7367
Syracuse, NewYork 13261-7367